**MEI YUN ZHUO, Petitioner,**

v.

**UNITED STATES ATTORNEY GENERAL, Respondent.**

No. 12–11636
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 31, 2012.

Jeffrey Edward Baron, Baron Mundie & Shelkin, PC, New York, NY, for Petitioner.

Jesse Matthew Bless, David V. Bernal, Krystal Samuels, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Alfie Owens, DHS Chief Counsel, Atlanta, GA, for Respondent.

Before MARCUS, KRAVITCH and EDMONDSON, Circuit Judges.

PER CURIAM:

The BIA denied Mei Yun Zhuo's untimely motion to reopen removal proceedings, after the BIA concluded that she failed to demonstrate changed country conditions—particularly in Zhuo's area of China or for parents of children born in the United States—within China.

Zhuo seeks review of the BIA's denial of her motion to reopen her removal proceedings: BIA's judgment was made in 2008. The motion to reopen was made in 2011. Zhuo did not demonstrate that changed country conditions within China excepted her untimely motion to reopen from the Immigration and Nationality Act's ("INA") time limitation on motions to reopen. Nothing shows that the BIA failed to deal with the evidence, and the BIA did not abuse its discretion by denying her motion to reopen. So, we deny her petition for review.

PETITION DENIED.